IN E UNITED STATES DISTRICT C RT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__TYLER__ DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAY 1 6 2003

DAVID J. MALAND, CLERK
BY
DEPUTY

__WILLIAM LEE HEDRICK__
Plaintiff's name and ID Number

__ESTELLE GERIATRIC CENTER TDCJ-ID__
Place of Confinement

V.

United States District Court
Southern District of Texas
FILED

JUL 2 4 2003

Michael N. Milby
Clerk of Court

CASE NO. __6-03CV248__
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

**B-03-129**

__JANIE COCKRELL Director TDCJ-ID__
Defendant's name and address

I, __William Lee Hedrick__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?            Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐   No ☒
   d. Gifts or inheritances?                          Yes ☐   No ☒
   e. Family or friends?                              Yes ☐   No ☒
   f. Any other sources?                              Yes ☐   No ☒

   If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   __NA__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes ☐   No ☒

   If you answered **YES** to any of the questions above, state the total value of the items owned.

   __NA__

II.

☆ATCIFP (REV. 9/02)

3. Do you own real est stocks, bonds, note, automobiles, or othe luable property, excluding ordinary household furnishings and clothing?

Yes ☐   No ☒

If you answered YES, describe the property and state its approximate value.

*NA*

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __6th__ day of __May__, 20__03__.

__William Lee Hedrick__   __808650__
Signature of Plaintiff            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
[illegible header - Texas Department of Criminal Justice account information]
```

PROCESS DATE    HOLD AMOUNT    HOLD DESCRIPTION
                               ─────────────────
                               NO BANKING ACTIVITY
                               WITHIN THE PAST 6
                               MONTH PERIOD.
                               ─────────────────

STATE OF TEXAS COUNTY OF Walker
ON THIS THE 13 DAY OF May, 2003 CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Cheryl Kelley* [signature and notary stamp]