IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAY 1 6 2003
DAVID J. MALAND, CLERK
BY DEPUTY

| | |
|---|---|
| WILLIAM LEE HEDRICK | § USDC No. 6:03-248 |
| V. | § From Tex. Crim. App. No. 41-098-03 |
| JANIE COCKRELL<br>Director of TDCJ-ID | § From Tex. Dist. Ct. No. 97-CR-901-B |

B-03-129

United States District Court
Southern District of Texas
FILED
JUL 2 4 2003
Michael N. Milby
Clerk of Court

## MOTION REQUESTING APPOINTMENT OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Petitioner in the above-styled cause and presents this motion requesting appointment of counsel during these habeas corpus proceedings. Petitioner would respectfully show the court the following in support thereof:

### I.

The Court has the power to appoint counsel pursuant to 18 USC § 3006(A) and the Fifth Circuit Plan under the Criminal Justice Act § 2 to any person... seeking relief under 28 USC § 2254 in the interest of justice and if such person seeking relief is financially unable to obtain representation. Self v. Blackburn, 751 F.2d 789 (5th Cir. 1985).

### II.

As evidenced by petitioner's request to proceed in forma pauperis, petitioner is unable to obtain counsel in these habeas corpus proceedings. In the interest of justice and to speed up the judicial proceedings, the petitioner hereby requests for the court to appoint counsel pursant to 18 USC § 3006(A) and the Fifth Circuit Plan under the Criminal Justice Act.

### III.

Petitioner who is 69 years old (dob 11-11-33), is in bad health, indigent, and incarcerated in Estelle Geriatric Center, a TDCJ-ID hospital unit, without any law library, form of legal assistance or family who can help petitioner obtain the

13   (1)

help needed to prepare a meritorious brief for this habeas corpus, to obtain the needed discovery, exculpatory evidence, and dispositions from defense and alibi witnesses, who intimidated and threatened away from trial.

Petitioner lacks the skill and knowelge of the law to prepare his habeas corpus alone, as to prove his actual innocence before this Court.

Respectfully submitted on this 6th day of May 2003

by *William Lee Hedrick*
William Lee Hedrick pro se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

14.(2.)