

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MAGISTRATE REFERRAL

| | | |
|---|---|---|
| Hedrick | CIVIL ACTION NO. 6:03-cv-00248 | |
| v. | | |
| Director, TDCJ-ID | B-03-129 | |

Pursuant to a Standing Order, certain civil suits are referred at the time of filing equally among magistrate judges. Therefore, the above-entitled action has been referred to:

    Magistrate Judge Judith K. Guthrie