IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | § | |
| v. | § | CIVIL ACTION NO. 6:03cv248 |
| DIRECTOR, TDCJ-ID | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN - 5 2003
DAVID J. MALAND, CLERK
BY
DEPUTY

B-03-129

United States District Court
Southern District of Texas
FILED
JUL 2 4 2003
Michael N. Milby
Clerk of Court

### ORDER OF TRANSFER

The Petitioner William Hedrick, an inmate currently confined in the Texas Department of Criminal Justice, Institutional Division, filed this petition for the writ of habeas corpus challenging the legality of his conviction. The petition was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Hedrick states that he was convicted of indecency with a child in the 138th Judicial District Court of Cameron County, Texas, on September 30, 1997, receiving a sentence of 99 years in prison.

The habeas corpus venue statute, 28 U.S.C. §2241(d), states as follows:

> Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination.

1

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By:

In this case, Hedrick was convicted in Cameron County, which is within the territorial jurisdiction of the Southern District of Texas, Brownsville Division, and he is confined in the Estelle Geriatric Center, which is within the territorial jurisdiction of the Southern District of Texas, Houston Division. 28 U.S.C. §124(b). The Court has examined the petition and has determined that the interests of justice would best be served by a transfer of this cause to the U.S. District Court for the Southern District of Texas, Brownsville Division, the district in which he was convicted and in which any witnesses may reside. It is accordingly

ORDERED that the above-styled application for the writ of habeas corpus be and hereby is TRANSFERRED to the Southern District of Texas, Brownsville Division, for such other and further proceedings as that Court deems appropriate, including a determination as to whether or not the petitioner is entitled to proceed further *in forma pauperis*.

SIGNED this _____ day of June, 2003.

Judith K. Guthrie
United States Magistrate Judge