IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK,<br>Petitioner, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-03-129 |
| DIRECTOR, TDCJ-ID,<br>Respondent. | §<br>§<br>§ | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the Court is a Petition for Writ of Habeas Corpus (Docket No. 1)[1] filed on May 16, 2003, by pro se petitioner, William Lee Hedrick ("Hedrick") pursuant to 28 U.S.C. § 2254. For the reasons stated below, it is recommended that the petition be dismissed without prejudice.

Hedrick also filed an Application to Proceed In Forma Pauperis (Docket No. 2) pursuant to 28 U.S.C. § 1915, which was granted in a separate order.

I. Background

A. Hedrick's 1987 Conviction

Hedrick was found guilty of Indecency with a Child on September 15, 1987, in the 197th District Court of Cameron County, Texas, for which he was sentenced to 12 years imprisonment. *State v. Hedrick*, Cause No. 87-CR-404-C. The conviction was affirmed by the Thirteenth Court of Appeals on August 31, 1988. *Hedrick v. State*, 759 S.W.2d 8 (Tex. App. – Corpus Christi 1988, no pet.). A motion for rehearing was overruled on October 6, 1988. No petition for

---

[1]Petition was filed in the United States District Court for the Eastern District of Texas, Tyler Division, as Civil Action No. 03-CV-248. U.S. Magistrate Judge, Judith K. Guthrie signed an Order of Transfer to this court on June 4, 2003.

discretionary review was filed. Hedrick then filed a state application for writ of habeas corpus on May 24, 1999, Application No. 41-098-02, which the Texas Court of Criminal Appeals denied on July 28, 1999.

### B. Hedrick's 1997 Conviction

Hedrick was found guilty of two counts of Indecency with a Child on September 30, 1997, with a final judgment entered on October 10, 1997, in the 138th District Court of Cameron County Texas. *State v. Hedrick*, Cause No. 97-CR-901-B. Hedrick was sentenced to a term of 99 years imprisonment. On October 1, 1998, the Thirteenth Court of Appeals affirmed this conviction. A petition for discretionary review was not filed. Hedrick then filed a state application for writ of habeas corpus on March 19, 1999, Application No. 41-098-01, which was denied without hearing on May 19, 1999. Hedrick filed a second state application for writ of habeas corpus on September 25, 2002, Application No. 41-098-03, which was dismissed as a subsequent application on April 2, 2003.

### C. Federal Habeas Petitions

On June 19, 1999, Hedrick filed his first federal petition for habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Southern District of Texas, Brownsville Division, Civil Action No. B-99-156, challenging both the 1987 and 1997 convictions. United States Magistrate Judge Felix Recio severed the petition into two separate cases. Civil Action B-99-156 addressed the 1987 conviction and B-99-186 addressed the 1997 conviction.

In Civil Action B-99-156, Judge Recio recommended that the petition be dismissed on March, 2000. United States District Judge Hilda Tagle adopted the recommendation on October 2, 2000. Hedrick then filed a motion for leave to appeal on October 17, 2000, which was denied

2

by Judge Recio in an order dated April 20, 2001. In a separate order, Hedrick was instructed not to file any additional pleadings in connection with this case. On August 28, 2001, the United States Court of Appeals for the Fifth Circuit denied the Certificate of Appealability (No. 01-40052). On April 10, 2002, the United States Supreme Court denied Hedrick's petition for writ of certiorari.

In Civil Action B-99-186, Judge Recio recommended that the petition be dismissed on February 12, 2001. United States District Judge Hilda Tagle adopted the recommendation on March 12, 2001. Hedrick filed a notice of appeal and the United States Court of Appeals for the Fifth Circuit denied the Certificate of Appealability (No. 01-40719) on May 13, 2002. Hedrick filed a petition for writ of certiorari with the United States Supreme Court on June 2, 2002, which was denied on May 19, 2003.

Hedrick then filed the instant petition for federal habeas corpus relief, *Hedrick v. Cockrell*, Civil Action No. B-03-248, on May 16, 2003, in the United States District Court for the Eastern District of Texas, Tyler Division, challenging his 1997 conviction. United States Magistrate Judge Judith K. Guthrie, in an order dated June 4, 2003, transferred the petition to the Southern District of Texas, Brownsville Division.

## II. Analysis

Under 28 U.S.C. § 2244(b)(2), a claim presented in a second or successive habeas corpus application under section 2254, that was not presented in a prior application, shall be dismissed, unless:

> "(A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

3

(B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense."

However, before a second or successive application permitted by this section is filed in the district court, the applicant must move in the appropriate court of appeals for an order authorizing the district court to consider the application.

In this case, Hedrick has filed a prior federal habeas petition, challenging the 1997 conviction, which has been considered and rejected with prejudice by a federal court. *See Hedrick v. Johnson*, Civil Action B-99-156 and B-99-186. He is now attempting to bring a successive petition. He must first petition the Fifth Circuit Court of Appeals for permission to present a successive petition.

**IT IS RECOMMENDED** that Hedrick's petition, brought pursuant to 28 U.S.C. § 2254, be **DISMISSED WITHOUT PREJUDICE**.

DONE at Brownsville, Texas, this 19th day of August, 2003.

_____
John Wm. Black
United States Magistrate Judge