United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## -BROWNSVILLE DIVISION-

WILLIAM LEE HEDRICK,               §
    Petitioner,                    §
                                   §
VS.                                §
                                   §    CIVIL ACTION NO. B-03-129
DIRECTOR, TDCJ-ID,                 §
    Respondent.                    §

## ORDER

Pro se petitioner, William Lee Hedrick, has filed a Motion Requesting Appointment of Counsel (Docket No. 3).

**IT IS ORDERED** that Hedrick's motion be **DENIED**.

DONE at Brownsville, Texas, this 19th day of August, 2003.

John Wm. Black
United States Magistrate Judge