IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

WILLIAM LEE HEDRICK, §
    Petitioner, §
 §
VS. §
 §  CIVIL ACTION NO. B-03-129
 §
DIRECTOR, TDCJ-ID, §
    Respondent. §

## ORDER

Pro se petitioner, William Lee Hedrick, has filed an Application to Proceed in Forma Pauperis (Docket No. 2) pursuant to 28 U.S.C. § 1915

**IT IS ORDERED** that Hedrick's Application to Proceed in Forma Pauperis be **GRANTED.**

DONE at Brownsville, Texas, this 19th day of August, 2003.

John Wm. Black
United States Magistrate Judge