9

Office of the Clerk
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

June 9, 2003

Re: Hedrick v. Cockrell, Director TDCJ-ID, USDC-ED Texas, Tyler Case No. 6:03-cv-248 from Texas Criminal Appeals Court No. 41-098-03, USDC-SD Texas, Houston Brownsville No. B-03-129

TO HONORABLE MICHAEL N. MILBY, CLERK:

Now comes, William Lee Hedrick, petitioner in the above styled and numbered civil action, which by petitioner being misinformed as to which U.S. District Court had the jurisdiction to preside over the unit where he is incarcerated, misfiled it in the Eastern District Court at Tyler. Who then transferred it to Southern District, Brownsville.

As Judge Hilda Tagle and Magistrate Felix Recio, have in all prior civil actions, of petitioner's have shown bias, prejudice and judicial misconduct, in violating his constitutional rights to have due process of law, access to the courts and effective assistance of counsel. Petitioner requests to be able to file the enclosed Motion For Change of Jurisdiction, with the Chief Judge of the Southern District of Texas Court, and please send to petitioner at his below address, the case no. given and the date filed.

Thank you very much for your kind assistance in this matter.

Sincerely
William Lee Hedrick
William Lee Hedrick pro-se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Re: William Lee Hedrick v. Janie Cockrell, Director TDCJ-ID:
Eastern District of Texas, Tyler Case No. 6:03-cv-248 from Texas Court of Criminal Appeals No. 41-098-03

## MOTION FOR CHANGE OF JURISDICTION

TO HONORABLE JUDGE GEORGE P. KAZEN:

Now Comes, William Lee Hedrick, petitioner in the above styled and numbered civil action, who in the interests of justice and to allow him to recieve a constitutional fair trial with due process of law. Petitions for this Honorable Court, to transfer any judicial proceedings, transfered to United States District Court, Southern District of Texas, Brownsville, to this United States District Court, Southern District of Texas, Houston. Because of all the bias, prejudice and judicial misconduct presented against him in his prior, trials, lawsuits, and civil actions, by Cameron County Courts, Brownsville, and United States District Court, Southern District of Texas, Brownsville, Judge Hilda Tagle and Magistrate Judge Felix Recio. Whose constitutional violations are still being pursued in the higher federal courts, by petitioner.

This court, has jurisdiction to entertain, petitioners application under the habeas corpus venue statute, 28 USCS 2241(d). Which states the application may be filed in the district court for the district wherein such person is in custody.

Petitioner, who is incarcerated in, TDCJ-ID Estelle Geriatric Center, Huntsville, Texas, a hospital unit for older, handicapped inmates. Which does not have a law Library, nor are the inmates allowed to go to any law Library. The State Counsel for Offenders, have refused to come and provide any legal assistance to inmates here. This unit is so far (several hundred miles) from Brownsville, that no attorney from

page 1 of 3 pages

there, will come here to confer with and assist petitioner with his habeas corpus. Nor, will any Brownsville attorney, take petitioner's case, for fear of alienating the Judges, whom they have to work with everyday. Therefore, petitioner who has only a common high school diploma, no edication or instruction in law of any kind, has had to prepare and present his habeas corpus, the best he can, without any legal assistance to obtain the discovery, exculpatory evidence, subpoenas for documents of exculpatory evidence and witnesses for defense and alibi, nor has any evidentiary hearings ever been held on the unconstitutionally of physical evidence, taken in warrantless, secret, ransacking, search and seizure of petitioner's residence, without his consent or probable cause. Neither petitioner or his appointed counsel, have been given a complete set of trial transcripts from trial court.(two major witnesses statements missing), to be able to perfect his appeal or postconviction remidies. Petitioner was convicted by a total Hispanic Jury, with a Hispanic Judge, prosecutor, and witnesses against him. The only Anglos in court were petitioner and his counsel. So any reasonable trier of facts, could see that petitioner, never had a fair trial, nor could he ever expect to get any postconviction relief, from any court in the Brownsville aera, either state or federa district. Petitioner has filed charges with 5th Circuit Court of Appeals, for Judicial Misconduct against Magistrate Felix Recio, and filed for Judge Tagle to disqualify Magistrate Felix Recio, three times in three different actions, but Magistrate Felix Recio denied the motions, hisself, no rulings from Judge Tagle, on this issue.

   Therefore, petitioner prays that this Honorable Judge, will see fit to grant petitioner's request for this habeas corpus to be heard in the USDC-SDTexas, Houston and will grant petitioner's motion for counsel from this aera who will come and confer with him and assist him in obtaining the exculpatory evidence and defense and alibi witnesses, who were unconstitutionally denied him at trial, which would prove his allegations and show his actual innocence of the charged crime.

I, William Lee Hedrick, declare under the penalty of perjury that the foregoing document, is true and correct, and was executed on the <u>9th day of June, 2003.</u>

by <u>William Lee Hedrick</u>
William Lee Hedrick pro-se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

page 3 of 3 pages

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

Re: William Lee Hedrick v. Janie Cockrell, Director TDCJ-ID:
Eastern District of Texas, Tyler Case No. 6:03-cv-248 from Texas Court of Criminal Appeals No. 41-098-03

## MOTION FOR CHANGE OF JURISDICTION

TO HONORABLE JUDGE GEORGE P. KAZEN:

Now Comes, William Lee Hedrick, petitioner in the above styled and numbered civil action, who in the interests of justice and to allow him to recieve a constitutional fair trial with due process of law. Petitions for this Honorable Court, to transfer any judicial proceedings, transfered to United States District Court, Southern District of Texas, Brownsville, to this United States District Court, Southern District of Texas, Houston. Because of all the bias, prejudice and judicial misconduct presented against him in his prior, trials, lawsuits, and civil actions, by Cameron County Courts, Brownsville, and United States District Court, Southern District of Texas, Brownsville, Judge Hilda Tagle and Magistrate Judge Felix Recio. Whose constitutional violations are still being pursued in the higher federal courts, by petitioner.

This court, has jurisdiction to entertain, petitioners application under the habeas corpus venue statute, 28 USCS 2241(d). Which states the application may be filed in the district court for the district wherein such person is in custody.

Petitioner, who is incarcerated in, TDCJ-ID Estelle Geriatric Center, Huntsville, Texas, a hospital unit for older, handicapped inmates. Which does not have a Law Library, nor are the inmates allowed to go to any Law Library. The State Counsel for Offenders, have refused to come and provide any legal assistance to inmates here. This unit is so far (several hundred miles) from Brownsville, that no attorney from

page 1 of 3 pages

there, will come here to confer with and assist petitioner with his habeas corpus. Nor, will any Brownsville attorney, take petitioner's case, for fear of alienating the Judges, whom they have to work with everyday. Therefore, petitioner who has only a common high school diploma, no edication or instruction in law of any kind, has had to prepare and present his habeas corpus, the best he can, without any legal assistance to obtain the discovery, exculpatory evidence, subpoenas for documents of exculpatory evidence and witnesses for defense and alibi, nor has any evidentiary hearings ever been held on the unconstitutionally of physical evidence, taken in warrantless, secret, ransacking, search and seizure of petitioner's residence, without his consent or probable cause. Neither petitioner or his appointed counsel, have been given a complete set of trial transcripts from trial court (two major witnesse's statements missing), to be able to perfect his appeal or postconviction remidies. Petitioner was convicted by a total Hispanic Jury, with a Hispanic Judge, prosecutor, and witnesses against him. The only Anglos in court were petitioner and his counsel. So any reasonable trier of facts, could see that petitioner, never had a fair trial, nor could he ever expect to get any post-conviction relief, from any court in the Brownsville aera, either state or federa district. Petitioner has filed charges with 5th Circuit Court of Appeals, for Judicial Misconduct against Magistrate Felix Recio, and filed for Judge Tagle to disqualify Magistrate Felix Recio, three times in three diffrent actions, but Magistrate Felix Recio denied the motions, hisself, no rulings from Judge Tagle, on this issue.

  Therefore, petitioner prays that this Honorable Judge, will see fit to grant petitioner's request for this habeas corpus to be heard in the USDC-SDTexas, Houston and will grant petitioner's motion for counsel from this aera who will come and confer with him and assist him in obtaining the exculpatory evidence and defense and alibi witnesses, who were unconstitutionally denied him at trial, which would prove his allegations and show his actual innocence of the charged crime.

I, William Lee Hedrick, declare under the penalty of perjury that the foregoing document, is true and correct, and was executed on the <u>9th day of June, 2003.</u>

by <u>William Lee Hedrick</u>
William Lee Hedrick pro-se
TDCJ-ID # 808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322