IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-03-129 |
| DIRECTOR, TDCJ-ID, | § | |
| Respondent. | § | |

### ORDER

Petitioner, William Lee Hedrick, filed a Motion For Change of Jurisdiction (Docket No. 9) June 16, 2003. The Court, after considering said motion, is of the opinion that it should be denied.

**IT IS ORDERED** that Hedrick's Motion for Change of Jurisdiction be **DENIED**.

DONE at Brownsville, Texas, this 26th day of August, 2003.

John Wm. Black
United States Magistrate Judge