12

OFFICE OF CLERK
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK, | * | September 27, 2003 |
| Petitioner | * USDC-SD Texas, C.A. No. B-03-CV-129 | |
| V. | * | |
| Douglas Dretke, | * USCP-5th Cir. No. 03-41298 | |
| Respondent | * | |

## MOTION TO TRANSMIT COURT RECORDS

TO THE HONORABLE MICHAEL N. MILBY:

NOW COMES, William Lee Hedrick, Petitioner in the above styled and numbered civil actions. Who requests of you, to prepare and transmit to the 5th Circuit U.S. Court of Appeals, The following records, from this Court. That they have requested that I forward to their court. As I cannot obtain requested copies, because of being incarcerated, without funds or any legal assistance to help me obtain them.

The 5th Circuit Court of Appeals, has requested the following copies be sent to them, before 10-21-03. By their letter to me of 9-23-03, under C.A. No. 03-41298. "You must attach the following documentation to your § 2254 motion to this court."

(1) a copy of the proposed § 2254 petition you are requesting permission to file in the district court." (this has been filed in your court, under USDC-SDTexas C.A. No. B-03-CV-129.)

(2) copies of all previous § 2254 petitions challenging the judgement or sentence recieved in any conviction for which you are currently incarcerated; (You have them under, this court's C.A. No. B-99-CV-189) all previous § 2241 petitions challenging the terms and conditions of your imprisonment."

1.

"(3) any complaint, regardless of title, that was subsequently treated by the district court as a §2254 motion or §2251 petition."

"(4) all court opinions and orders disposing of the claims advanced in (2) above; and"

"(5) all magistrate judge's reports and recommendations issued in connection with the claims advanced in (2), above."

If you make and send the requested copies, please notify me at my below listed address, of the date transmitted and if all needed copies were sent. So if you are not able to make of send some of them. I do not know how, but I'll have to try somehow to obtain and send them.

I thank you in advance for all of the help you will give me with this.

Sincerely
William Lee Hedrick
William Lee Hedrick pro se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

2.

TO THE HONORABLE CLERK OF UNITED STATES DISTRICT COURT for SOUTHERN DISTRICT of TEXAS, BROWNSVILLE DIVISION:

Re: Hedrick v. Director-TDCJ-ID, CA. No. B-03-CV-129.

September 27, 2003

Dear Sir;

Now comes, William Lee Hedrick, Petitioner in the above styled and numbered civil action. Who requests for you to file and submit to proper Judge of this said court, his Motion to Hold Notice of Appeal.

Please notify petitioner at his below listed address, of the date filed and the docket number filed under.

Sincerely
William Lee Hedrick
William Lee Hedrick pro se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

i