IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 1 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK | * | |
| Petitioner | * | |
| V. | * | Civil Action No. B-03-CV-129 |
| Douglas Dretke, Director TDCJ-ID | * | |
| Respondent | * | |

## MOTION TO HOLD NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, William Lee Hedrick, Petitioner, in the above styled and numbered civil action. Who on September 10, 2003, submitted by U.S. Mail, a <u>Notice to Appeal the Magistrate Judge's Report and Recommendation</u>. To this district court.

As today, petitioner, has recieved word from the U.S. Court of Appeals, for 5th Circuit. That they have recieved and filed (under No. 03-41298) my motion to file a second application for habeas corpus. The one already filed in your court as C.A. No. B-03-CV-129. I believe that it would be in, the court's and my interest, to postpone any hearing or ruling on the above notice, until after the 5th Circuit gives or denies, permission to file a second habeas writ.

As their rulings will probley override ours.

Sincerely, submitted on this 27th day of September, 2003 by

William Lee Hedrick
William Lee Hedrick pro se
TDCJ-ID #808650
Estelle Geriatric Center
264 FM 3478
Huntsville, TX. 77320-3322

1.