IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
OCT 21 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM LEE HEDRICK,<br>Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO. B-03-129 |
| DIRECTOR, TDCJ-ID,<br>Respondent. | § § § | |

### ORDER

Pending before this Court is Petitioner's objections to the Magistrate Judge's Report and Recommendation. See Docket Nos. 6, 11. As this case was properly transferred to the Brownsville Division as per 28 U.S.C. § 2241(d), see Docket No. 5, and Petitioner's filing in this Court constitutes a second or successive habeas petition and the Petitioner has not satisfied the requisites of 28 U.S.C. § 2244(b), the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. Therefore, the Petitioner's habeas petition, Docket No. 1, is **DISMISSED** without prejudice to refile if and when he obtains from the court of appeals an order authorizing the district court to consider his petition.

Signed in Brownsville, Texas, this 14th day of October, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE